SOL ROSENBERG, Respondent, v. TILLIE ZANG, Appellant, Impleaded with Others, Defendants.— Order denying defendant's motion for judgment on the

pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.